E-FILED
Tuesday, 27 May, 2008   04:37:11 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
MAY 23 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ELIAZAR HIPOLITO-SAN MIGUEL

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-3030-m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 22, 2008__ in _Sangamon_ County, in the _Central_ District of _Illinois_ defendant(s) did:

knowingly and intentionally enter without inspection

in violation of Title 8, United States Code, Section 1325(a),

I further state that I am a _Senior Special Agent with the U.S. Immigration and Customs Enforcement_ and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ■ Yes   ☐ No

s/ Stuart A. Kutz
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 23, 2008                                    at    Springfield, Illinois
Date                                                  City and State

                                                      s/ Byron G. Cudmore

Byron G. Cudmore
U.S. Magistrate Judge
Name & Title of Judicial Officer                      Signature of Judicial Officer

STATE OF ILLINOIS      )
                       )  SS
COUNTY OF SANGAMON  )

## **AFFIDAVIT**

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than thirty-two (32) years. I am currently assigned to the Springfield, Illinois ICE office in the Anti-Smuggling Unit;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including aliens who have entered the United States illegally and activities that constitute the illegal transportation of such aliens in the furtherance of their illegal presence in the United States;

3. This affidavit is made in support of a criminal complaint charging ROSENDO ORTEGA-MONTIEL with the offense of illegal transportation of aliens for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and the offense of Illegal Reentry After Deportation, in violation of Title 8, United States Code, Section 1326(a), and criminal complaints charging ALEJANDRO LORENZO-SANTOS, ELIAZAR HIPOLITO-SAN MIGUEL, JOSE LUIS JAIME-PINEDA, RENATO REYES-ZAVALETA, OCTAVIO JAIME-HERNANDEZ, HECTOR MIRANDA-GABRIEL, MARTIN PEREZ-GOMEZ, AURELIO SELVAN-HERNANDEZ, MARTIN GUZMAN-ROSILES, and FIEDL SISNIEGA-GONZALEZ with the offense of entry without inspection, in violation of Title

8, United States Code, Section 1325. Warrants for the arrest of the defendants are requested;

4. On Thursday, May 22, 2008 at approximately 4:00 P.M., Illinois State Police Trooper Mike Little stopped a 1997 Plymouth minivan, bearing Arizona License # CO74E8, on northbound Interstate 55 near mile marker 89 in Springfield, Illinois for Improper Lane Usage. Upon approaching the vehicle, Trooper Weiss observed ELIAZAR HIPOLITO-SAN MIGUEL behind the wheel, and ROSENDO ORTEGA-MONTIEL in the front passenger seat. Trooper Little observed numerous other Hispanics in the van. When Trooper Weiss attempted to communicate with the passengers, he found a few who could speak some English, and determined that the driver and all of the occupants were Mexican citizens illegally present in the United States. At that time, Trooper Weiss requested that his dispatcher contact the local ICE office.

5. When Troopers Little and Steve Ent were conducting searches of the occupants, it was found that ROSENDO ORTEGA-MONTIEL had $2,260.00 in his pants pockets, as well as a paper with a list of names and dollar amounts. When the Troopers mentioned that Immigration was responding to the scene, ROSENDO ORTEGA-MONTIEL broke free and attempted to escape by running westbound across the busy highway and jumping the guard rail just north of Lake Springfield. Trooper Ent and other officers gave chase, apprehending ROSENDO ORTEGA-MONTIEL after he had fallen on the rocks along the lake. ROSENDO ORTEGA-MONTIEL was examined and transported to St. John's Hospital Emergency Room for minor injuries incurred in his fall.

6. At approximately 4:30 P.M., ICE Special Agents Stuart A. Kutz and Eric Bowers arrived at the scene. Through cursory questioning, the driver and the eleven (11) passengers present all stated that they were Mexican citizens illegally present in the United States. At that time, the driver and passengers were all transported to the Springfield, Illinois ICE office for

further questioning and processing;

    7. Prior to questioning, the ten (10) adult occupants, ALEJANDRO LORENZO-SANTOS, ELIAZAR HIPOLITO-SAN MIGUEL, JOSE LUIS JAIME-PINEDA, RENATO REYES-ZAVALETA, OCTAVIO JAIME-HERNANDEZ, HECTOR MIRANDA-GABRIEL, MARTIN PEREZ-GOMEZ, AURELIO SELVAN-HERNANDEZ, MARTIN GUZMAN-ROSILES, and FIDEL SISNIEGA-GONZALEZ, were each advised of their rights as per Miranda and they each signed form I-214 acknowledging that they understood the rights and agreeing to answer questions without an attorney present. Each of the passengers admitted that they had entered the United States without inspection and admission, and that they are illegally present in the United States. The passengers all stated that they or their relatives had paid and/or were going to pay smuggling fees ranging from $500 to $2,000 each to unknown smugglers in Sonora, Mexico or Phoenix, Arizona. The passengers all stated that they had never met the driver, ROSENDO ORTEGA-MONTIEL, until he arrived to pick them up for their trip north. The passengers were going to various destinations, including Chicago, Illinois, Alabama and Florida. All of the passengers stated that ROSENDO ORTEGA-MONTIEL did most of the driving from Phoenix, Arizona, and had instructed them to lie to law enforcement officers if stopped. ROSENDO ORTEGA-MONTIEL instructed the passengers to say that they all had purchased the van and had taken turns driving from Phoenix, Arizona. Two (2) of the passengers (MARVIN DANIEL TAVICO-MEDRANO and JOSE LUIS JAIME-HERNANDEZ) were juveniles, and were turned to the ICE Juvenile Officers;

    8. After fingerprinting all subjects, it was revealed that ROSENDO ORTEGA-MONTIEL had been deported from the United States on March 17, 2001 at Calexico, California. ROSENDO ORTEGA-MONTIEL, following advisement of rights as per Miranda, admitted this prior

deportation and admitted that he had not requested nor received permission to reapply for admission into the United States. Fingerprint queries also revealed that ALEJANDRO LORENZO-SANTOS was Removed from the United States on April 15, 2008. Following advisement of rights, ALEJANDRO LORENZO-SANTOS also admitted this deportation and stated that he had not requested nor received permission to reapply for admission into the United States;

Based on the foregoing, affiant believes that there is probable cause to charge ROSENDO ORTEGA-MONTIEL with violations of Title 8, United States Code, Section 1324(a)(1)(A)(ii); 1324(B)(i); ROSENDO ORTEGA-MONTIEL and ALEJANDRO LORENZO-SANTOS with violations of Title 8, United States Code, Section 1326(a), and to charge ELIAZAR HIPOLITO-SAN MIGUEL, JOSE LUIS JAIME-PINEDA, RENATO REYES-ZAVALETA, OCTAVIO JAIME-HERNANDEZ, HECTOR MIRANDA-GABRIEL, MARTIN PEREZ-GOMEZ, AURELIO SELVAN-HERNANDEZ, MARTIN GUZMAN-ROSILES, and FIDEL SISNIEGA-GONZALEZ with violation of Title 8, United States Code, Section 1325 and these activities occurred in Sangamon County, Illinois, within the Central District of Illinois.

s/ Stuart A. Kutz

_____
STUART A. KUTZ, SENIOR SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Subscribed and sworn to before me
this 23rd day of May 2008.
s/ Byron G. Cudmore

_____
HONORABLE BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE