

Thursday, 29 May, 2008 03:26:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIM. NO. 08-30048 |
| v. ) | VIO: 8 U.S.C. § 1325(a). |
| ) | |
| ) | |
| ELIAZAR HIPOLITO-SAN MIGUEL ) | |
| ) | |
| Defendant. ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 22, 2008, in Springfield, within the Central District of Illinois, the defendant,

**ELIAZAR HIPOLITO-SAN MIGUEL,**

a citizen of Mexico, knowingly entered the United States by eluding examination and inspection by a United States Immigration Officer.

In violation of Title 8, United States Code, Section 1325(a).

s/ Gregory Harris

RODGER A. HEATON
UNITED STATES ATTORNEY
GKH