AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ELIAZAR HIPOLITO-SAN MIGUEL

**WARRANT FOR ARREST**

Case Number: 08-3030-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Eliazar Hipolito-San Miguel
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title 8, United States Code, Section 1325(a), avoidance of inspection.

Byron G. Cudmore
Name of Issuing Officer
s/ Byron G. Cudmore
Signature of Issuing Officer

BAIL FIXED AT $  No Bail           by  BGC

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

May 23, 2008   Springfield, Illinois
Date and Location

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  Springfield

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 05/27/08 | Stu Kutz | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 05/22/08 | ICE | |